**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PALATINE COMMONS TOWNHOME OWNERS ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: |
| AMERISURE INSURANCE COMPANY, | ) ) | Jury Trial Demanded |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

Defendant, Amerisure Insurance Company ("Amerisure"), by and through the undersigned counsel, and hereby files its Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1441(a), § 1446, and 28 U.S.C. § 1332, and in support states as follows:

1. On or about April 4, 2025, Plaintiff filed its cause of action in the Circuit Court of Clay County, Illinois, seeking a declaratory judgment. A copy of the state court file for Case No. 2025CH03892 is attached hereto and incorporated herein Exhibit A.

2. The state Court did not issue a summons for Amerisure until June 16, 2025. See Exhibit B.

3. Amerisure was served with the summons on June 19, 2025.

4. This Notice of Removal is being filed within 30 days of Amerisure receiving summons of the state Court action, pursuant to 28 U.S.C. § 1446.

5. Plaintiff was at all relevant times an Illinois not-for-profit corporation with its principal place of business at 257 W. Fairview Way, Palatine, Illinois. See Exhibit C.

6. For the purposes of removal based on diversity of citizenship, Plaintiff is a citizen of the State of Illinois.

7. Amerisure is a Michigan corporation with its principal place of business at 26777 Halsted Road, Farmington Hills, Michigan 48331.

8. For the purposes of removal based on diversity of citizenship, Amerisure is a citizen of the State of Michigan.

9. The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), in that Plaintiff's cause of action alleges that Plaintiff's damages for its claim are $1,741,090.89. (Paragraph 16).

10. Because complete diversity of citizenship exists between Plaintiff and Defendant and because the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal to this Court is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

11. Accompanying and attached to this Notice of Removal is a Civil Coversheet for filing in this Court.

12. Defendant, simultaneously with the filing of this Notice of Removal, has given written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant respectfully requests that this Court accept jurisdiction of this action and provide such other and further relief as deemed just under the facts and circumstances.

Respectfully Submitted,

/s/ *Jonathan B. Morrow*
**KNIGHT NICASTRO MACKAY**
Jonathan B. Morrow, IL #6291832
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
jmorrow@knightnicastro.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/*Jonathan B. Morrow*