**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PALATINE COMMONS TOWNHOME OWNERS ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: |
| AMERISURE INSURANCE COMPANY, | ) ) | Jury Trial Demanded |
| Defendant. | ) ) ) | |

**DISCLOSURE OF ORGAIZATIONAL**
**INTERESTS CERTIFICATE**

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Counsel of record for Amerisure Insurance Company hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. The parent companies of the corporation:

    *Amerisure, Inc. and Amerisure Mutual Holdings, Inc.*

    b. Subsidiaries not wholly owned by the corporation:

    *None*

    c. Affiliates that have issued shares to the public:

    *None*

2. If the Subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    *N/A*

1

3. Amerisure is a Michigan corporation with its principal place of business at 26777 Halsted Road, Farmington Hills, Michigan 48331.

4. For the purposes of removal based on diversity of citizenship, Amerisure is a citizen of the State of Michigan.

Respectfully Submitted,

/s/ *Jonathan B. Morrow*
**KNIGHT NICASTRO MACKAY**
Jonathan B. Morrow, IL #6291832
319 N 4th Street, Suite 300
St. Louis, MO 63102
(314) 690-4757 (Phone)
(816) 396-6233 (Fax)
jmorrow@knightnicastro.com
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/Jonathan B. Morrow*